## MADDOX *vs.* GRAY, ADMINISTRATOR.

EJECTMENT, FROM COLUMBIA. Deeds. Delivery. Title. (Before Judge Roney.)

[Jackson, C. J., not presiding, on account of providential causes.)

Blandford, J.—Delivery of a deed is essential to the conveyance of title thereby. Where it was shown that a deed was made and that the granter said that the land belonged to the grantee; but it was proved that the deed never was recorded, and was found by the grantee among the papers of the grantor after his death, there was no sufficient evidence of delivery, and a verdict finding against a title set up under such a deed was right. Ross, administrator, *vs.* Campbell, *et al.*, (September term, 1884)

Judgment affirmed.

Salem Dutcher; D. C. Moore, for plaintiff in error.

Thos. E. Watson, for defendant.

---

## ANDERSON *vs.* FREEMAN.

COMPLAINT, FROM CITY COURT OF RICHMOND COUNTY. Partnership. Debtor and Creditor. Contracts. Master and Servant. (Before Judge Eve.)

[Jackson, C. J., not presiding, on account of providential cause.)

Blanford, J.—Where a merchant employed a clerk, and pending his term of service the merchant formed a partnership in the same character of business, and the clerk entered the service of the firm, his contract with the original employer as an individual was at an end, and if he had been paid by the latter his wages up to the formation of the firm, and after entering the service of the firm, he refused to continue his employment with them at the same rate, but retained as payment to himself funds of the firm at a higher rate, and was discharged, he could not recover from the original employer.

Judgment reversed.

Harper & Bro., for plaintiff in error.

S. F. Webb, for defendant.